**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CEASAR WHITE, JR.,**
    Plaintiff,

vs.                                          **CASE NO.: 3:07cv461/LAC/MD**

**SANTA ROSA COUNTY SHERIFF'S
OFFICE, et al.,**
    Defendants.

---

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 17, 2008. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The defendants' motion for partial summary judgment/motion to dismiss (doc. 15) is GRANTED as follows:

    Claims 1 through 4 of plaintiff's complaint shall be dismissed with prejudice; and

    Claim 5 shall be dismissed without prejudice to plaintiff's filing, within thirty days of this order, of a motion for leave to re-open case, accompanied by a third amended complaint that comports with the guidelines set forth in the report and recommendation. Absent such a filing, judgment will become final as to all counts.

3. Plaintiff's motion to deny defendants' motion and grant plaintiff's discovery/summary judgment (doc. 21) is DENIED.

DONE AND ORDERED this 19th day of May, 2008.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**