## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**CAESAR WHITE, JR.,**
        **Plaintiff,**

**vs.**                                    **CASE NO. 3:07cv461/LAC/MD**

**WENDELL HALL, et al.,**
        **Defendants.**

<u>**O R D E R**</u>

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 11, 2009. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The defendants' motion for summary judgment (doc. 61) is GRANTED, Mr. White's motion for summary judgment (doc. 64) is DENIED, and the clerk is ordered to enter final judgment against the plaintiff and in favor of all defendants and close the file.

DONE AND ORDERED this 28th day of September, 2009.


s/*L. A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**